PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |  |
|---|---|---|
| JAMES JOHNSON, | ) | |
| | ) | CASE NO.  4:24-cv-1768 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| WARDEN EPPINGER *et al.*, | ) | |
| | ) | **MEMORANDUM OF OPINION** |
| Defendants. | ) | **AND OPINION** |
| | ) | [Resolving ECF No. 85] |

Before the Court is *pro se* Plaintiff James Johnson's third Motion to Compel Discovery. ECF No. 85.  In its Order denying Plaintiff's first two Motions to Compel, ECF No. 75 and ECF No. 77, the Court admonished Plaintiff that "a discovery motion should only be filed after having been solicited by the Court."  ECF No. 83 at PageID #: 590 (citing ECF No. 68 at PageID #: 426, ¶ 11) (emphasis in original)(stating that discovery motions must be solicited by the Court).

Despite that warning, Plaintiff has once again failed to comply with the Case Management Plan, which explicitly requires parties to seek Court assistance prior to filing a motion to compel.  No such request was made, and the Court has not solicited Plaintiff's discovery motion.  Therefore, the motion to compel (ECF No. 85) is stricken.  If the parties seek Court assistance regarding a discovery dispute, such requests must be submitted in accord with the Case Management Plan procedures.

The parties are reminded of their obligation to comply with the Federal Rules of Civil Procedure, the Northern District of Ohio Local Rules, and the Case Management Plan (ECF No.

(4:24CV1768)

68).  Plaintiff's *pro se* status is no justification for not following orders of the Court.  Further breaches may result in sanctions, including but not limited to dismissal of the case.

IT IS SO ORDERED.


July 30, 2026                                                    */s/ Benita Y. Pearson*
Date                                                              Benita Y. Pearson
                                                                 United States District Judge